# NOTICE OF TORT CLAIM

**CLAIMANT INFORMATION**

Name: Dr. Thomas Tramaglini, Ed. D.          Telephone: **REDACTED**

Address: **REDACTED**          Date of Birth: 1/21/1976

SSN: __REDACTED_

**ATTORNEY INFORMATION (if applicable)**

Name: Matthew S. Adams, Esq.          Telephone: 973-994-7573

Address: 49 Market Street          TeleFAX: 973-992-9125

Morristown New Jersey 07960          File No.:

Send Notices to: _____ Claimant          __X__ Attorney

**GENERAL INSTRUCTIONS**: Pursuant to the provisions of the New Jersey Tort Claims Act, this Notice of Tort Claim form has been adopted as the official form for the filing of claims against this Municipality.

The questions are to be answered to the extent of all information available to the Claimant or to his or her attorneys, agents, servants, and employees, under oath. The fully completed Claim Form and the documents requested shall be returned to the Municipality and to:

**Ms. Karen Berenato**
**Qual-Lynx**
**100 Decadon Drive**
**Egg Harbor Township, NJ 08234**

**NOTE CAREFULLY:** Your claim will not be considered filed as required by the New Jersey Tort Claims Act until this completed form has been filed with the Municipality. Failure to provide the information requested, including such responses as "To Be Provided" or "Under Investigation" will result in the claim being treated as not being properly filed.

Timely Notices of Claim must be filed within 90 days after the incident giving rise to the claim.

This form is designed as a general form for use with respect to all claims. Some of the questions may not be applicable to your particular claim. For example, if your claim does not arise out of an automobile accident, questions regarding road conditions might not be applicable. In that event, please indicate "Not Applicable".

1

If you are unable to answer any question because of a lack of information available to you, specify the reason the information is not available to you.  If a question asks that you identify a document, it will be sufficient to furnish true and legible copies. Where a question asks that you "identify all persons," provide the name, address and telephone number of the person.

If you need more space to provide a full answer, attach supplementary pages, identifying the continuation of the answer with the number of the applicable question.

**DEFINITIONS:**

"*Claimant*" shall refer to the person or persons on whose behalf the Notice of Claim has been filed with the *(Name of Township).*

"*Documents*" shall refer to any written, photographic or electronic representation, and any copy thereof, including, but not limited to, computer tapes and/or disks, videotapes and other material relating to the subject matter of the claim.

"*Person*" shall include in its meaning a partnership, joint venture, corporation, association, trust or any other kind of entity, as well as a natural person.

"*Public Entity*" shall refer to the *(Name of Township)* along with any agent, official or employee of the *(Name of Township)*against whom a claim is asserted by the Claimant.

**NOTE that the questions are divided into sections relating to the claimant, the claim, property damage, personal injury and the basis for the claim against the public entity or a public employee.**

**If the claim involves only property damage, then the portion on personal injuries need not be answered.  Just enter as the answer to Question 17 "No personal injuries claimed."**

**If the claim involves no property damage, then the portion on property damage need not be answered.  Just enter as the answer to Question 16 "No property damage claimed."**

2

## INFORMATION ON THE CLAIMANT

1.      Provide the following information with respect to the Claimant:

    a.      Any other name by which the Claimant has been known.

        N/A

    b.      Address at the time of the incident giving rise to the claim.

# REDACTED

    c.      Marital Status [at the time of the incident and current]

        Single

    d.      Identify each person residing with the claimant and the relation, if any, of the person to the Claimant.

        N/A

2.      Provide all addresses of the Claimant for the last 10 years, the dates of the residence, the persons residing at the addresses at the same time as the

Claimant resided at the address and the relation, if any, of the person to the Claimant.

# REDACTED

# REDACTED

# INFORMATION ON ALL CLAIMS

3.  Provide the exact date, time and place of the incident forming the basis of the claim and the weather conditions prevailing at the time.

On May 1, 2018, inside the Holmdel Township Police Department, Dr. Tramaglini was unlawfully photographed and thereafter the photograph was publicly disseminated.

4.  Provide the Claimant's complete version of the events that form the basis of the claim.

On May 1, 2018, officers and or agents of the Holmdel Township Police Department unlawfully took Dr. Tramaglini's photograph and distributed and disseminated the "mug shot" to third parties, including the media, with the intent to harm Dr. Tramaglini. The Holmdel Township Police Department was not authorized to photograph Dr. Tramaglini by operation of New Jersey law. See: N.J.S.A. 53:1-15; State v. Conners, 129 N.J. Super. 476, 481 (App. Div. 1974); State v. Kenison, 248 N.J. Super. 189, 209 (Law. Div. 1990), aff'd sub nom. State v. Kenison, 248 N.J. Super. 126 (App. Div. 1991); & Oberg v. Dep't of Law & Public Safety, 41 N.J. Super. 256, (J. & D.R.Ct. 1956).

5.  List any and all individuals who were witnesses to or who have knowledge of the facts of the incident which gave rise to the claim. Provide the full name and address of each individual.

The exact Holmdel Township Police Department officers and support staff working on or about May 1, 2018 are currently unknown, but include Patrolman Jonathan C. Martin. Dr. Tramaglini reserves his rights with respect to other individuals to be identified in the future.

6.   Identify all public entities or public employees [by name and position] alleged to have caused the injury or property damage **and specify as to each public entity or employee the exact nature of the act or omission alleged to have caused the injury or property damage.**

Holmdel Township Police Department, 4 Crawfords Corner Road, Holmdel, New Jersey, 07733.

Holmdel Township Patrolman Jonathan C. Martin.

Dr. Tramaglini reserves his rights with respect to other individuals to be identified in the future.

7.   If you claim that the injury or property damage was caused by a dangerous condition of property under the control of the public entity, specify the nature of the alleged dangerous condition and the manner in which you claim the condition caused the injury.

N/A

8.   If you allege a dangerous condition of public property, state the specific basis on which you claim that the public entity was responsible for the condition and the specific basis and date on which you claim that the public entity was given notice of the alleged dangerous condition. Statements such as "should have known" and "common knowledge" are insufficient.

N/A

9.  If you or any other party or witness consumed any alcoholic beverages, drugs or medications within twelve (12) hours before the incident forming the basis of the Claim, identify the person consuming the same and for each person (a) what was consumed (b) the quantity thereof (c) where consumed (d) the names and addresses of all persons present.

N/A

10. If you have received any money or thing of value for your injuries or damages from any person, firm or corporation, state the amounts received, the dates, names and addresses of the payors.  Specifically list any policies of insurance, including policy number and claim number, from which benefits have been paid to you or to any person on your behalf, including doctors, hospitals or any person repairing damage to property.

None at this time.

6

11. If any photographs, sketches, charts or maps were made with respect to anything which is the subject matter of the claim, state the date thereof, the names and addresses of the persons making the same and of the persons who have present possession thereof. Attach copies of any photographs, sketches, charts or maps.

> See attached Exhibit A, Holmdel Township Police Department Arrest Report containing the unlawfully captured mug shot.

12. If you or any of the parties to this action or any of the witnesses made any statements or admissions, set forth what was said; by whom said; date and place where said; and in whose presence, giving names and addresses of any persons having knowledge thereof

> See Response to Question 11, above. This official document from the Holmdel Township Police Department represents an admission to the act of unlawfully photographing Dr. Tramaglini.

13. State the total amount of your claim and the basis on which you calculate the amount claimed.

> The amount claimed is estimated to be in excess of $1 million, which includes, but is not limited to, the reasonable financial loss of income, harm to reputation, emotional distress, invasion of privacy, and intrusion on seclusion.

14. Provide copies of all documents, memoranda, correspondence, reports [including police reports], etc. which discuss, mention or pertain to the subject matter of this claim.

> See attached Exhibits A-B.

7

15. Provide the names and addresses of all persons or entities against whom claims have been made for injuries or damages arising out of the incident forming the basis of this claim and give the basis for the claim against each.

None at this time.

# PROPERTY DAMAGE CLAIMS

16.   If your claim is for property damage, attach a description of the property damage and an estimate of the costs of repair.  If your claim does not involve any claim for property damage, enter "None".

Unknown at this time.

> **If your claim is for property damage only,** initial here and proceed directly to page 15 and sign the Certification.

_____
Initials

# PERSONAL INJURY CLAIMS

17.    Was any complaint made to the public entity or to any official or employee of the public entity.  State the time and place of the complaint and the person or persons to whom the complaint was made.

> The Holmdel Township Municipal Prosecutor was advised of the unlawfully taken mug shot, as were certain members of the Holmdel Township Police Department.

18.    Describe in detail the nature, extent and duration of any and all injuries.

> The injury began on May 1, 2018, and continues to date. Claimant has been injured in numerous ways, including, but is not limited to, the reasonable financial loss of income, harm to reputation, emotional distress, invasion of privacy, and intrusion on seclusion.

19.    Describe in detail any injury or condition claimed to be permanent.

> See Response to Question 18.

10

20.    If confined to any hospitals, state name and address of each and the dates of admission and discharge.  Include all hospital admissions prior to and subsequent to the alleged injury and give the reason for each admission.

N/A

21.    If x-rays were taken, state (a) the address of the place where each was taken (b) the name and address of the person who took them (c) the date when each was taken (d) what each disclosed (e) where and in whose possession they now are.  Include all x-rays, whether prior to or subsequent to the alleged injury forming the basis of the claim.

N/A

22.    If treated by doctors, including psychiatrists or psychologists, state (a) the name and present address of each doctor (b) the dates and places where treatments were received (c) the nature of the treatment (d) the date of last treatment or, if treatments are continuing, the schedule of continuing treatments.  Provide true copies of all written reports rendered to you or about you by any doctors whom you propose to have testify on your behalf.

After the execution of a confidentiality stipulation and order, details surrounding medical treatment, as relevant or appropriate, will be provided at a future date.

23.   If you have any physical impairment which you allege is caused by the injury forming the basis of your claim and which is affecting your ordinary movements, hearing or sight, state in detail the nature and extent of the impairment and what corrective appliances, support or device you use to overcome or alleviate the impairment.

See Response to Question 18.

24.   If you claim that a previous injury has been aggravated or exacerbated, describe the injury and give the name and present address of each doctor who treated you for the condition, the period during which treatment was received and the cause of the previous injury.  Specifically list any impairment, including use of eyeglasses, hearing aid or similar device, which existed at the time of the injury forming the basis of the claim.

See Response to Question 18.

12

25.  If any treatments, operation or other form of surgery in the future has been recommended to alleviate any injury or condition resulting from the incident which   forms the basis of the claim, state in detail (a) the nature and extent of the treatment, operation or surgery (b) the purpose thereof and the results anticipated or expected (c) the name and address of the doctor who recommended the treatments, operation        or surgery (d) the name and address of the doctor who will administer or perform the same (e) the estimated medical expenses to be incurred (f) the estimated length of time of treatments, operation or surgery, period of hospitalization and period of         convalescence (g) all other losses or expenditures anticipated as a result of the treatments, operation or surgery (h) whether it is your intention to undergo the treatments, operation or surgery and the approximate date.

None at this time.  Dr. Tramaglini reserves the right to supplement this response as necessary or appropriate in the future.

26.  Itemize any and all expenses incurred for hospitals, doctors, nurses, x-rays, medicines, care and appliances and indicate which expenses were paid by any coverage.

To be determined.

27.  If employed at the time of the alleged injury forming the basis of the claim state (a) the name
     and address of the employer (b) position held and the nature of the work performed (c) average
     weekly wages for the year prior to the injury (d) period of time lost from employment, giving
     dates (e) amount of wages lost, if any.  List any sources of income continuation or replacement,
     including, but not limited to, worker's compensation, disability income, social security and
     income continuation insurance.

     Dr. Tramaglini worked as the Superintendent of Schools for the  Kenilworth Board of Education. Dr. Tramaglini earned
     approximately $147,500 per year, and was eligible to earn a bonus.  The complete impact of the unlawfully taken photograph is
     unknown at this time.  The address for Dr. Tramaglini's employer was:

          Kenilworth Board of Education
          426 Boulevard
          Kenilworth, New Jersey 07033

     Dr. Tramaglini also worked as a part time lecturer for the Department of Educational Theory, Policy and Administration, Graduate
     School of Education, Rutgers, The State University of New Jersey. Dr. Tramaglini earned approximately $5,658 per semester. The
     complete impact of the unlawfully taken photograph is unknown at this time. The address for Dr. Tramaglini's employer was:

          Rutgers, The State University of New Jersey
          10 Seminary Place
          New Brunswick, New Jersey 08901

28.  If other loss of income, profit or earnings is claimed, state (a) total amount of the loss (b) give a
     complete detailed computation of the loss (c) the nature and dates of loss.

          To be determined.

14

29.  If you are claiming lost wages state (a) the date that the employment began (b) the name and address of the employer (c) the position held and the nature of the work  performed (d) the average weekly wages.  Attach copies of pay stubs or other complete payroll record for all wages received during the past year.

Dr. Tramaglini has been employed as the Superintendent of Schools for the Kenilworth Board of Education from February  2016 to September 2018. Dr. Tramaglini was employed by the Department of Educational Theory, Policy and Administration, Graduate School of Education, Rutgers, The State University of New Jersey from September 2008 to December 2017.   See also Response to Question 27.

**DOCUMENT REQUEST:**   Produce all documents identified in your answers to the above questions.

# CERTIFICATION

I hereby certify that the information provided is the truth and is the full and complete response to the questions, to the best of my knowledge.

_____          Dated:  7/24/2018
Signature of Claimant

15

**EXHIBIT A**



**Holmdel Township Police Department**
**Arrest Report**

Page: 1
05/04/2018

Arrest #: 18-8978-AR
Call #: 18-8978

Date/Time Reported: 05/01/2018 @ 0550
Arrest Date/Time: 05/01/2018 @ 0550
Booking Date/Time: 05/01/2018 @ 0550

Court: Holmdel Municipal Court
Court Date: 05/07/2018 @ 0900
Reporting Officer: Patrolman Jonathan Martin
Booking Officer: Patrolman Jonathan Martin
Approving Officer: Sergeant Theodore Sigismondi

Signature: _____

Signature: _____



| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | TRAMAGLINI, THOMAS | M | W | 42 | | |

## REDACTED

Military Active Duty: N
HEIGHT: 601          WEIGHT: 140          HAIR: BROWN          EYES: BROWN
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB:                          PLACE OF BIRTH: NORTH TERRYTOWN, NY
LICENSE NUMBER:                          ETHNICITY: NOT HISPANIC

_____[CONTACT INFORMATION]_____

Home Phone          (Primary)     ## REDACTED

_____[APPEARANCE]_____

GENERAL APPEARANCE: ORDERLY

GLASSES WORN: NO

TATTOOS: TAT ARM (CHINESE WRITING)

_____[FAMILY/EMPLOYMENT INFORMATION]_____

MARITAL STATUS: SINGLE

EMPLOYER/SCHOOL: KENILWORTH SCHOOL DISTRICT
KENILWORTH NJ 07033

OCCUPATION: superintendent

```
                    Holmdel Township Police Department           Page: 2
                              Arrest Report                      05/04/2018

                        Arrest #: 18-8978-AR
                        Call #: 18-8978
```

| # | DEFENDANT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|

**[RIGHTS/BOOKING CHECKS]**

```
        RIGHTS ADVISED BY: Patrolman Jonathan C Martin      DATE/TIME:  05/01/2018 @ 0625
               PHONE USED: N
          ARRESTEE SECURED: N

            FINGERPRINTED: N
             PHOTOGRAPHED: Y
            SUICIDE CHECK: Performed
                  PERSONS: State&Federal
       NCIC VEHICLE CHECK: Not Performed
         INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | | ATTEMPTED | TYPE |
|---|---|---|---|---|

```
        LOCATION TYPE:  School/College/University    Zone: GOLDSMITH DEVELOPMENT
        HOLMDEL HIGH SCHOOL
        36 CRAWFORDS CORNER RD
        HOLMDEL NJ 07733

1    PUBLIC URINATION/DEFECATION                       N             Ordinance
                            3         21.24
                OCCURRED: 05/01/2018    0550
        SUSPECTED OF USING: Not Applicable

2    LITTERING                                         N             Ordinance
                            3         10
                OCCURRED: 05/01/2018    0550
        SUSPECTED OF USING: Not Applicable

3    LEWDNESS                                          N             Non Indictable
                          2C:14      4
                OCCURRED: 05/01/2018    0550
        SUSPECTED OF USING: Not Applicable
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|

```
1    FALLON, SHANE              REPORTING PARTY   M    W    00    NOT AVAIL
     CRAWFORDS CORNER RD
     HOLMDEL NJ 07733
     DOB: NOT AVAIL

     EMPLOYER: HOLMDEL TWP SCHOOLS A.D.
     CONTACT INFORMATION:
     Home Phone        (Primary)    REDACTED
```

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

```
1    SURVEILLANCE DVD LABELED 18-8978     18-201-PR      (Not NIBRS Reportable)
     QUANTITY: 2              VALUE: $0.00
     SERIAL #: NOT AVAIL
         DATE: 05/04/2018
         OWNER: TRAMAGLINI, THOMAS
```

**EXHIBIT B**

| COURT I.D. | PREFIX | COMPLAINT NUMBER |
|---|---|---|
| 1318 | | 014654 |

Municipal Court Of Holmdel
4 Crawfords Corner Road
Holmdel, New Jersey 07733

## The State of New Jersey vs.

**Defendant's Name:** First _Thomas_ Initial _W._ Last _Tramaglini_

**Address** REDACTED

**State** NJ **Zip Code** REDACTED **Telephone** REDACTED

**Birth Date** Mo. _21_ Day _76_ Yr. **Sex** M **Eyes** B **Height** 6 0 **Restrictions**

**Driver's License #** REDACTED

NJ 6/21

STATE OF NEW JERSEY
COUNTY OF **MONMOUTH** }ss:

Complaining Witness: _J. S. Martin_
_(Name)_

of _Holmdel Twp._ _81_
_(Identify Dept./Agency Represented)_ _(Badge No.)_

Residing at _4 Crawfords Corner Road_
by certification or an oath, says that to the best of his/her knowledge or information and belief,
the named defendant on or about the _5_ _18_ _5-45.A_
Month   Day   Year   Time

in HOLMDEL, 1318 County of **MONMOUTH** N.J.
did commit the following offense:

_Public Indecent Exposure_

in violation of (one charge only) _3.10.4_
_(Statute, Regulation or Ordinance Number)_

| LOCATION OF OFFENSE | C | O | D | E | Describe Location _Holmdel High School_ |
|---|---|---|---|---|---|

**OATH:** Subscribed and sworn to before me
this _____ day of _____, yr. _____

**OR**

**CERTIFICATION: I** certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_5/1/18_
_(Signature of Complaining Witness)_ _(Date)_

_(Signature of Person Administering Oath)_ _(Signature of Complaining Witness)_

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW/CODE ENFORCEMENT USE ONLY |
|---|---|

Probable cause is found for the issuance of this Complaint-Summons.

| Yes | |
| No | _(Signature of Judicial Officer)_ |

| Yes | |
| No | _(Signature of Judge)_ |

[X] The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| [X] COURT APPEARANCE REQUIRED | COURT DATE | Month _5_ | Day _1_ | Year _18_ | Time _9_ | AM PM |
|---|---|---|---|---|---|---|

_5/1/18_
_(Date Summons Issued)_ _(Signature of Person Issuing Summons)_

COMPLAINT-SUMMONS   SF (September, 2009)

---

| COURT I.D. | PREFIX | COMPLAINT NUMBER |
|---|---|---|
| 1318 | | 014655 |

Municipal Court Of Holmdel
4 Crawfords Corner Road
Holmdel, New Jersey 07733

## The State of New Jersey vs.

**Defendant's Name:** First _Thomas_ Initial _W._ Last _Tramaglini_

**Address** REDACTED

**State** NJ **Zip Code** REDACTED **Telephone** REDACTED

**Birth Date** Mo. _21_ Day _76_ Yr. **Sex** M **Eyes** B **Height** 6 0 **Restrictions**

**Driver's License #** REDACTED

NJ 6/21

STATE OF NEW JERSEY
COUNTY OF **MONMOUTH** }ss:

Complaining Witness: _J. S. Martin_
_(Name)_

of _Holmdel Twp._ _81_
_(Identify Dept./Agency Represented)_ _(Badge No.)_

Residing at _4 Crawfords Corner Road_
by certification or an oath, says that to the best of his/her knowledge or information and belief,
the named defendant on or about the _5_ _18_ _5-45.A_
Month   Day   Year   Time

in HOLMDEL, 1318 County of **MONMOUTH** N.J.
did commit the following offense:

_Lewdness / Defecating in Public_

in violation of (one charge only) _3.10.3_
_(Statute, Regulation or Ordinance Number)_

| LOCATION OF OFFENSE | C | O | D | E | Describe Location _Holmdel High School_ |
|---|---|---|---|---|---|

**OATH:** Subscribed and sworn to before me
this _____ day of _____, yr. _____

**OR**

**CERTIFICATION: I** certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_5/1/18_
_(Signature of Complaining Witness)_ _(Date)_

_(Signature of Person Administering Oath)_ _(Signature of Complaining Witness)_

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW/CODE ENFORCEMENT USE ONLY |
|---|---|

Probable cause is found for the issuance of this Complaint-Summons.

| Yes | |
| No | _(Signature of Judicial Officer)_ |

| Yes | |
| No | _(Signature of Judge)_ |

[X] The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| [X] COURT APPEARANCE REQUIRED | COURT DATE | Month _5_ | Day _1_ | Year _18_ | Time _9_ | AM PM |
|---|---|---|---|---|---|---|

_5/1/18_
_(Date Summons Issued)_ _(Signature of Person Issuing Summons)_

COMPLAINT-SUMMONS   SF (September, 2009)

| COURT I.D. PREFIX | COMPLAINT NUMBER | Municipal Court Of Holmdel |
|---|---|---|
| 1318 | 014656 | 4 Crawfords Corner Road<br>Holmdel, New Jersey 07733 |

## The State of New Jersey vs.

**Defendant's Name:** First _Thomas_ Initial _T_ Last _Tramaglini_

Address: REDACTED

City REDACTED

State _NJ_  Zip Code REDACTED  Telephone REDACTED

Birth Date Mo _01_ Day _21_ Yr _76_ Sex _M_ Eyes _BRO_ Height _6'01_ Restrictions

Driver's License: REDACTED

_2_ □□□□□□□□□ State _NJ_ Exp. Date _6/21_

STATE OF NEW JERSEY
COUNTY OF _MONMOUTH_ }SS.

Complaining Witness: _P.H. J Martin_ (Name)

of _Holmdel Twp_ (Identify Dept./Agency Represented) _51_ (Badge No.)

Residing at _4 Crawfords Corner Road_

by certification or an oath, says that to the best of his/her knowledge or information and belief
the named defendant on or about the _5_ Month _1_ Day _2018_ Year _5:45A_ Time

in _HOLMDEL 1318_ County of _MONMOUTH_ N.J.
did commit the following offense:

**COMPLAINT**

DESCRIPTION OF OFFENSE _Lewdness_

In violation of (one charge only) _2C:14-4_ (Statute, Regulation or Ordinance Number)

| LOCATION OF OFFENSE | C | O | D | E | Describe Location _Holmdel High School_ |
|---|---|---|---|---|---|

OATH: Subscribed and sworn to before me
this _____ day of _____, yr. _____

_____
(Signature of Complaining Witness)

_____
(Signature of Person Administering Oath)

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

QR

Date _5/1/18_

_____
(Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW/CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance of this Complaint-Summons.<br><br>Yes ☐ No ☐<br>(Signature of Judicial Officer)<br><br>Yes ☐ No ☐<br>(Signature of Judge) | The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |

### YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month _5_ | Day _7_ | Year _18_ | Time _9_ | ☐AM ☐PM |
|---|---|---|---|---|---|---|

_5/1/18_
(Date Summons Issued)

_____
(Signature of Person Issuing Summons)

COMPLAINT-SUMMONS                                    SF (September, 2001)



**Holmdel Township Police Department**

4 Crawfords Corner Road
Holmdel, New Jersey 07733

TRENTON
NJ 085
02 MAY '18
PM 3 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 07733
02 1W
0001401804 MAY 02 2018
$ 000.47⁰

Thomas Tramaglini

REDACTED

07747-186430