## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS W. TRAMAGLINI,<br><br>*Plaintiff*,<br><br>vs.<br><br>PATROLMAN JONATHAN C. MARTIN, POLICE CHIEF JOHN MIODUSZEWSKI, HOLMDEL TOWNSHIP, LAW ENFORCEMENT OFFICER JOHN/ JANE DOES 1-10, NON-LAW ENFORCEMENT INDIVIDUAL JOHN/ JANE DOES 1-10, ABC ENTITIES 1-5, AND BODY POLITICS 1-5,<br><br>*Defendants.* | Civil Action No. 3:19-cv-11915<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for plaintiff Thomas W. Tramaglini in this matter and requests that copies of all papers in this action be served upon the undersigned.

Mail to:  mkingman@foxrothschild.com

                FOX ROTHSCHILD LLP
                *Attorneys for plaintiff Thomas W. Tramaglini*

              By: s/ Marissa Koblitz Kingman
                   Marissa Koblitz Kingman, Esq.
                   Fox Rothschild LLP
                   49 Market Street
                   Morristown, New Jersey 07960
                   Tel: (973) 992-4800
                   Fax: (973) 992-9125

Dated:   May 6, 2019

94667680