*Law Offices of*
***SCHWARTZ & POSNOCK***
David A. Schwartz, Esq.
Attorney ID No. 024001983
99 Corbett Way
Suite 203
Eatontown, New Jersey 07724
(732) 544-1460
Attorneys for Defendants Township of Holmdel and Patrolman
    Jonathan C. Martin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | | |
|---|---|---|
| THOMAS W. TRAMAGLINI, | : | Civil Action No. 3:19-cv-11915 |
| Plaintiff, | : | |
| vs. | : | |
| PATROLMAN JONATHAN C. MARTIN, POLICE CHIEF JOHN MIODUSZEWSKI, HOLMDEL TOWNSHIP, LAW ENFORCEMENT OFFICER JOHN/JANE DOES 1-20, NON-LAW ENFORCEMENT INDIVIDUALS JOHN/JANE DOES 1-10, ABS ENTITIES 1-5, AND BODY POLITICS 1-5, | : | **NOTICE OF MOTION IN LIEU OF ANSWER FOR ORDER DISMISSING COMPLAINT, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM PURSUANT TO F.R. Civ.P. 12(b)(6)** |
| Defendants. | : | |

To:   Matthew S. Adams, Esq.
       Fox Rothschild, LLP
       49 Market Street
       Morristown, New Jersey 07960-5122

**S I R :**

    **PLEASE TAKE NOTICE** that the above defendants will move before the Honorable

Anne E. Thompson, U.S.D.J., United States District Court, District of New Jersey, Clarkson S.

Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, on

July 15, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, for entry of an order dismissing the complaint, with prejudice, for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that defendants will rely upon the Certification of David A. Schwartz, and the Memorandum of Law annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                SCHWARTZ & POSNOCK
                Attorneys for Defendants Township of Holmdel and
                 Patrolman Jonathan C. Martin

```
            /s/ David A. Schwartz
By:_____
            David A. Schwartz
```

Dated: June 21, 2019