*Law Offices of*
***SCHWARTZ & POSNOCK***
David A. Schwartz, Esq.
Attorney ID No. 024001983
99 Corbett Way
Suite 203
Eatontown, New Jersey 07724
(732) 544-1460
Attorneys for Township of Holmdel and Patrolman
Jonathan C. Martin, and Police Chief John Mioduszewski

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| THOMAS W. TRAMAGLINI, | Civil Action No. 3:19-cv-11915 |
| Plaintiff, | |
| vs. | |
| | **ORDER OF DISMISSAL** |
| PATROLMAN JONATHAN C. MARTIN, POLICE CHIEF JOHN MIODUSZEWSKI, HOLMDEL TOWNSHIP, LAW ENFORCEMENT OFFICER JOHN/JANE DOES 1-20, NON-LAW ENFORCEMENT INDIVIDUALS JOHN/JANE DOES 1-10, ABS ENTITIES 1-5, AND BODY POLITICS 1-5, | |
| Defendants. | |

**THIS MATTER** having come before the Court upon Motion by Defendants, for an Order dismissing Plaintiff's Complaint pursuant to F.R.Civ. P. 12(B)(6), and the court having considered the submitted papers and heard oral argument, if any; and for good cause show;

**IT IS** on this _____ day of _____, 2019, hereby:

**ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice as against Defendants Township of Holmdel, Patrolman Jonathan C. Martin, and Police Chief John

Miouszewski, and  it is

      **FURTHER ORDERED** that a copy of this Order shall be served on the Plaintiff within 10 days of its receipt by Defendants.

                                                                   ANNE E. THOMPSON, U.S.D.J.

_____ Opposed

_____ Unopposed