UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS W. TRAMAGLINI,<br><br>Plaintiff,<br><br>vs.<br><br>PATROLMAN JONATHAN C. MARTIN, POLICE CHIEF JOHN MIODUSZEWSKI, HOLMDEL TOWNSHIP, LAW ENFORCEMENT OFFICER JOHN/JANE DOES 1-20, NON-LAW ENFORCEMENT INDIVIDUALS JOHN/JANE DOES 1-10, ABC ENTITIES 1-5, AND BODY POLITICS 1-5,<br><br>Defendants. | Civil Action No. 3:19-cv-11915<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY AGREED AND STIPULATED** between the undersigned parties that the time in which the defendants Patrolman Jonathan C. Martin, Police Chief John Mioduszewski, and the Township of Holmdel, may answer or otherwise respond to the complaint is extended up through and including June 25, 2019.

Dated: May 6, 2019

| | |
|---|---|
| FOX ROTHSCHILD LLP | SCHWARTZ & POSNOCK |
| /s/ Matthew S. Adams | /s/ David A. Schwartz |
| _____ | _____ |
| Matthew S. Adams | David A. Schwartz |
| Attorney for Plaintiffs | Attorney for Defendants |