

49 Market Street
Morristown, NJ 07960
Tel. (973)992.4800 Fax (973)992.9125
www.foxrothschild.com

**Matthew S. Adams**
Direct No.: (973) 994-7573
Email Address: **MAdams@foxrothschild.com**

June 24, 2019

**VIA E-COURTS AND**
**ELECTRONIC MAIL**

Clerk of the Court, William T. Walsh
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: Thomas W. Tramaglini v. Patrolman Jonathan C. Martin, *et al*
      Civil Action No.: 3:19-cv-11915

Dear Mr. Walsh:

  We represent plaintiff, Thomas W. Tramaglini, ("Plaintiff") in the above referenced matter. We write to request an adjournment of the Township of Holmdel, Patrolman Jonathan C. Martin, and Police Chief John Mioduszewski's Motion to Dismiss the Complaint ("Motion") pursuant to L.Civ.R. 7.1(d)(5).

  The Motion is currently returnable on July 15, 2019. The Motion has not been previously extended or adjourned. The next available motion date is August 5, 2019.

97390428



Clerk of the Court, William T. Walsh
June 24, 2019
Page 2

If you need any additional information, please feel free to contact me directly. Thank you for your attention to this matter.

                              Respectfully submitted,

                              Matthew S. Adams

97390428