

49 Market Street
Morristown, NJ 07960
Tel. (973)992.4800 Fax (973)992.9125
www.foxrothschild.com

**Matthew S. Adams**
**Direct No.: (973) 994-7573**
**Email Address: MAdams@foxrothschild.com**

July 18, 2019

**VIA E-COURTS AND**
**ELECTRONIC MAIL**

Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Clerk of the Court, William T. Walsh
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: Thomas W. Tramaglini v. Patrolman Jonathan C. Martin, *et al.*
       Civil Action No.: 3:19-cv-11915

Dear Judge Thompson:

  We represent plaintiff, Thomas W. Tramaglini, ("Plaintiff") in connection with the above referenced matter. We write to respectfully request an adjournment of the Township of Holmdel, Patrolman Jonathan C. Martin, and Police Chief John Mioduszewski's (collectively "Defendants") Motion to Dismiss the Complaint ("Motion"). We have conferred with counsel for Defendants, David A. Schwartz, Esq., who consents to an adjournment.

  The Motion is currently returnable on August 5, 2019. The Motion was previously adjourned pursuant to L.Civ.R. 7.1(d)(2). The next available motion date is August 19, 2019. This will adjust the briefing schedule associated with the referenced Motion such that Plaintiff's Opposition Papers will be due on August 5, 2019, and Defendants' Reply Papers will be due on August 12, 2019.

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota
Nevada New Jersey New York North Carolina Pennsylvania South Carolina Texas Washington

99656105



Honorable Anne E. Thompson, U.S.D.J.
July 18, 2019
Page 2

      If Your Honor needs any additional information, please have Chambers contact the undersigned directly.  We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Matthew S. Adams

99656105