

**Fox Rothschild** LLP
ATTORNEYS AT LAW

49 Market Street
Morristown, NJ 07960
Tel. (973)992.4800 Fax (973)992.9125
www.foxrothschild.com

**Matthew S. Adams**
**Direct No.: (973) 994-7573**
**Email Address: MAdams@foxrothschild.com**

August 5, 2019

**VIA E-COURTS**

Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Clerk of the Court, William T. Walsh
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **Thomas W. Tramaglini v. Patrolman Jonathan C. Martin, *et al.*
             Civil Action No.: 3:19-cv-11915**

Dear Judge Thompson:

    We represent plaintiff, Thomas W. Tramaglini, ("Plaintiff") in connection with the above referenced matter. We write to respectfully request an adjournment of the Township of Holmdel, Patrolman Jonathan C. Martin, and Police Chief John Mioduszewski's (collectively "Defendants") Motion to Dismiss the Complaint ("Motion"). We have conferred with counsel for Defendants, David A. Schwartz, Esq., who again consents to an adjournment.

    The Motion is currently returnable on August 19, 2019. The Motion was previously adjourned pursuant to L.Civ.R. 7.1(d)(2), and by letter with the consent of Mr. Schwartz. The next available motion date is September 3, 2019. This will adjust the briefing schedule associated with the referenced Motion such that Plaintiff's Opposition Papers will be due on August 20, 2019, and Defendants' Reply Papers will be due on August 27, 2019.

A Pennsylvania Limited Liability Partnership

| California | Colorado | Delaware | District of Columbia | Florida | Georgia | Illinois | Minnesota |
| Nevada | New Jersey | New York | North Carolina | Pennsylvania | South Carolina | Texas | Washington |

100898826



Fox Rothschild LLP
ATTORNEYS AT LAW

Honorable Anne E. Thompson, U.S.D.J.
August 5, 2019
Page 2

If Your Honor needs any additional information, please have Chambers contact the undersigned directly.  We thank the Court for its attention to this matter.

Respectfully submitted,

Matthew S. Adams

100898826