# SCHWARTZ & POSNOCK
### ATTORNEYS AT LAW
**99 CORBETT WAY**
**SUITE 203**
**EATONTOWN, NEW JERSEY 07724**

**DAVID A. SCHWARTZ*†**
**LESLIE B. POSNOCK†**

**TELEPHONE: (732) 544-1460**
**TELECOPIER: (732) 544-1462**
dschwartz@schwartzposnock.com

OF COUNSEL
DAVID J. GRUBER*
MICHAEL A. POSNOCK
(1930-2011)

*ALSO LICENSED IN NY
†ALSO LICENSED IN PA & CA

August 14, 2019

**VIA ECF**

Hon. Anne E. Thompson, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
Room 4050
402 East State Street
Trenton, New Jersey 08608

    Re:  **Tramaglini v. Township of Holmdel, et al.**
         **Civil Action Number 3:19cv11915 (AET)(DEA)**

Dear Judge Thompson:

This firm represents the defendants in the above-referenced civil action. Currently pending before
the court is the defendants' motion to dismiss the complaint under F.R.Civ. P. 12(b)(6). The
plaintiff filed his opposition papers yesterday, August 13, 2019. The defendants' reply
submission is currently due on August 20, 2019. We write to request a ten day extension, until
~~August 30, 2019~~ *august 23, 2019* to file our reply. The plaintiff consents to this request.

In the past two weeks I have been actively involved in preparing for a trial involving a traumatic
brain injury in Superior Court-Monmouth County. That case resolved Monday afternoon.
However, due to my near exclusive involvement in that matter, my other cases have been largely
unattended and I am far behind in many pending matters.

Thank you for your consideration.

Respectfully submitted,

SCHWARTZ & POSNOCK

/s/ David A. Schwartz

DAVID A. SCHWARTZ

*So ordered.*
*08/15/2019*

*Anne E. Thompson*