NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS W. TRAMAGLINI, | Civ. No. 19-11915 |
| Plaintiff, | |
| v. | **ORDER** |
| PATROLMAN JONATHAN C. MARTIN *et al.*, | |
| Defendants. | |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 9th day of September, 2019,

ORDERED that Defendants' Motion to Dismiss (ECF No. 5) is GRANTED; and it is further

ORDERED that the Complaint (ECF No. 1) is DISMISSED; and it is further

ORDERED that Plaintiff is granted leave to amend the Complaint within fourteen days from the date of this Order.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

1