

49 Market Street
Morristown, NJ 07960
Tel. (973)992.4800 Fax (973)992.9125
www.foxrothschild.com

**Matthew S. Adams**
**Direct No.: (973) 994-7573**
**Email Address: MAdams@foxrothschild.com**

October 2, 2019

**VIA E-COURTS**

Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Clerk of the Court, William T. Walsh
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

        Re:    **Thomas W. Tramaglini v. Patrolman Jonathan C. Martin**, *et al.*
             **Civil Action No.:  3:19-cv-11915**

Dear Judge Thompson:

    As Your Honor is aware, we represent plaintiff, Thomas W. Tramaglini, ("Plaintiff") in connection with the above referenced matter.

    We write to respectfully request that, pursuant to Your Honor's Order, dated September 9, 2019, the above referenced federal action be closed at this time.  As a consequence of Your Honor's Order, dated September 9, 2019, Plaintiff has filed an action in state court, captioned *Tramaglini Thomas v. Jonathan Martin Patrolman, et al.*, Docket No. MON-L-003513-19.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

102889233



Honorable Anne E. Thompson, U.S.D.J.
October 2, 2019
Page 2

     If Your Honor needs any additional information, please have Chambers contact the undersigned directly. We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   Matthew S. Adams

102889233