# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ANNE E. THOMPSON**<br>**JUDGE** | **U.S. COURTHOUSE**<br>**402 E. STATE STREET**<br>**ROOM 4000**<br>**TRENTON, NJ 08608**<br>**(609) 989-2123** |

## LETTER ORDER

To:   All Counsel
Re:   *Tramaglini v. Martin, et al.* (Civ. No. 19-11915)

October 11, 2019

Dear Counsel:

    On September 9, 2019, the Court entered an Order granting Defendants' Motion to Dismiss and dismissing the Complaint without prejudice. (ECF No. 16.) Defendants now request that the Court submit a new order to dismiss Counts One and Two of the Complaint, with prejudice. (ECF No. 18.) Plaintiff opposes this request. (ECF No. 19.) The Court declines to amend the September 9, 2019 Order as it conveyed precisely the Court's ruling. Since Plaintiff has not amended his federal complaint, the complaint is dismissed, period.

Very truly yours,

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.